**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** February 8, 2023
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**  **DOCKET #  19-cr-109**
UNITED STATES OF AMERICA

    vs.
QUINN FULSTON

**DEFT. PRESENT**

**APPEARANCES:**
  Tracey Agnew, AUSA for Government
  Dan Holzapfel- CJA for Defendant


**Nature of Proceedings**: ZOOM PLEA HEARING
Defendant present and consents to proceed by video.
Defendant affirmed.
PLEA:  Defendant Redacted his Plea of Not Guilty to counts 1, 2 and 3 of the Superseding Information, and entered a plea of GUILTY to count 1, 2 and 3 of the Superseding Indictment.
Ordered plea accepted.
Rule 11 application filed.
Ordered sentencing set for 6/21/23 @ 11:00 a.m.
Defendant remanded.


**Time Commenced: 2:00 pm**
**Time Adjourned:    2:45 pm**


                                          Christine Melillo, Courtroom Deputy
                                    to the Honorable Katharine S. Hayden, U.S.D.J.